EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2016 TSPR 207 |
| Liliana Morell Bergantiños | 196 DPR ____ |

Número del Caso: TS-11,462

Fecha: 29 de septiembre de 2016

Abogado del Peticionario:

        Por derecho propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:


Liliana Morell Bergantiños

                         TS-11,462


RESOLUCIÓN

En San Juan, Puerto Rico, a 29 de septiembre de 2016.

Examinada la "Moción en Solicitud de Reinstalación" presentada por la Sra. Liliana Morell Bergantiños, se provee con lugar y se le reinstala al ejercicio de la abogacía. No obstante, con respecto a su petición de reinstalación al ejercicio de la notaría, se le concede un término de quince (15) días a la Oficina de Inspección de Notarías para que nos informe sobre el estado actual de la obra notarial incautada a la señora Morell Bergantiños.

Notifíquese inmediatamente.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Asociada señora Pabón Charneco no intervino.


                         Juan Ernesto Dávila Rivera
                         Secretario del Tribunal Supremo